AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 922(g)(1) - Felon In Possession Of A Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**PENALTY:**
10 years imprisonment, $250,000 fine, 5 years supervised release, $100 special assessment

### DEFENDANT - U.S.

▶ WILLIAM LUSK, III

**DISTRICT COURT NUMBER**

CR07-00374 MJJ

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** AUSA GEORGE L. BEVAN, JR.

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   **Bail Amount:** No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
2007 JUN 13 PM 3:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR07-00374  MJJ

| UNITED STATES OF AMERICA, | ) No. ███████ |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition. |
| v. | ) |
| WILLIAM LUSK, III, | ) OAKLAND VENUE |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about April 6, 2007, in the City of Oakland, Northern District of California, the defendant

WILLIAM LUSK, III,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm described as a Llama, Max-II, 45-

//

//

INFORMATION

1  caliber, semi-automatic pistol, serial number 07-04-21048-96, and ammunition, in and
2  affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

SCOTT N. SCHOOLS
United States Attorney

Dated: JUNE 13, 2007

W. DOUGLAS SPRAGUE
Chief, Oakland Branch Office

Approved as to form:

/s/ G. Bevan Jr.  6/7/07
GEORGE L. BEVAN JR.
Assistant United States Attorney

INFORMATION                                2