SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

GEORGE L. BEVAN, JR (CSBN 65207)
Assistant United States Attorney

Federal Courthouse
1301 Clay Street, Suite 340S
Oakland, Ca. 94612
Telephone: 510-637-3689
Fax: 510-637-3679
Email: George.bevan@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM LUSK, III,<br><br>　　　　Defendant. | Case No. CR-07-00374-MJJ<br><br>NOTICE OF RELATED CASE |

　　　The United States hereby gives notice that pursuant to Criminal Local Rule 8-1, the Information filed on June 13, 2007, in the above-captioned case assigned to the Honorable Martin J. Jenkins (copy is attached), is related to the Form 12 proceeding initiated on April 12, 2007, in the case captioned as follows assigned to the Honorable Saundra Brown Armstrong:

//

//

//

//

1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR-97-40048-SBA |
| v. | ) |
| WILLIAM LUSK, III, | ) NOTICE OF RELATED CASE |
| Defendant. | ) |

These two cases are factually related. The Form 12 supervised release proceeding in **CR-97-40048-SBA** is based on the defendant's arrest in Oakland, California, on April 6, 2007, for felon in possession of a firearm, carrying a concealed firearm in a public place, carrying a loaded firearm in a public place, batter on a peace officer, and resisting arrest.

The Information filed in **CR-07-374-MJJ** charges the defendant with a violation of 18 U.S.C. § 922(g)(1) arising from the same arrest in Oakland on April 6, 2007.

Government counsel and defendant's counsel, Assistant Federal Public Defender Jerome Matthews, have negotiated a tentative global resolution of both cases, subject to government counsel obtaining the necessary office approvals, and defense counsel obtaining the approval of the defendant.

Given the pending resolution of both cases as part of one plea agreement, judicial resources will be conserved if the cases are assigned to the same District Judge.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: 7/27/07

/s/ George L. Bevan Jr.
GEORGE L. BEVAN JR.
Assistant United States Attorney

2

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

ORIGINAL
FILED

JUN 1 3 2007

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR07-00374  MJJ

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition. |
| v. | ) |
| WILLIAM LUSK, III, | ) OAKLAND VENUE |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about April 6, 2007, in the City of Oakland, Northern District of California, the defendant

WILLIAM LUSK, III,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm described as a Llama, Max-II, 45-

//

//

INFORMATION

1  caliber, semi-automatic pistol, serial number 07-04-21048-96, and ammunition, in and
2  affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Dated: JUNE 13, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch Office

Approved as to form:

GEORGE L. BEVAN JR.   6/9/07
Assistant United States Attorney

INFORMATION                    2