2:30pm
Y/C
E-FILING CASE
3:04 - 3:40 pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
SEP 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 9/14/07

Case No: CR -07-00374-MJJ          Judge: **MARTIN J. JENKINS**

Reporter: RAYNEE MERCADO          Clerk: Frances Stone for Monica Narcisse

Defendant(s):                                      Defense Counsel:

WILLIAM LUSK III   Present? YES   In Custody? YES   JEROME MATTHEWS

US Attorney: GEORGE BEVAN          Interpreter:          US Probation Officer:

Reason for Hearing:                                Ruling:

CHANGE OF PLEA —                                   HELD
GUILTY PLEA — TO COUNT ONE OF THE INFORMATION
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED.

Notes:

Case continued to: 11/9/07 AT 2:30pm for SENTENCING (CT.4 OAK)

CC: PROBATION