E-Filing Case

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SFP 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Case Number | CR-07-00374-01-MJJ |
| Defendant's Name | WILLIAM LUSK III |
| Defendant's Counsel | Jerome Matthews |
| Due Date | 11/9/07 at 2:30pm |
| Courtroom | 4 |
| Floor | 3rd- OAKLAND |

~~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~~

**The Court has directed that a:**

       XX        Presentence Investigation
                      Bail Investigation
                      Bail Supervision
                      Postsentence Investigation
                      4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

cc to Counsel ✓
cc to Probation ✓

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
    Frances Stone , Deputy Clerk
    for **Monica Narcisse**
Dated: 9/14/07

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?  Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____