# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED
OCT 0 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

WILLIAM LUSK, III

## WAIVER OF INDICTMENT

CASE NUMBER: CR-07-374--MJJ

I, _____ WILLIAM LUSK, III _____, the above named defendant, who is accused of unlawful possession of a firearm and ammunition in violation of 18 U.S.C. 922(g)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ October 2, 2007 _____ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_William Lusk_
Defendant

Before _[signature]_  _[signature]_
       Judicial Officer   Counsel for Defendant

10-2-07