# Exhibit A

**U.S. v. William Lusk, III**
**CR-07 00374 MJJ**

**House of Joy**

You cant change your past, but you can change your future.

October 30, 2007

Federal Public Defender
555 12th Street
6th floor Suite 650
Oakland, Ca. 94607

**Subject: William Lusk**

Dear. Jerome Matthews

    I would like to express my sincerest reflection regarding William Lusk. He has been one of our organizations greatest assets. He has volunteered his time to our organization as a peer counselor. William has displayed honesty and integrity throughout his time with us.

    Our program provides housing to young adults whom have emancipated from the foster care and corrections. William has contributed his input in a positive manor to this date. We regret he has had this issue with your court system. Thank you for your consideration in this matter.

Sincerely,

Joy Thompson
Executive Director

1106 Marin St.
Vallejo, CA. 94590

707-554-8800
707-554-8805
hojcanhelp@sbcglobal.net

10/18/07

— JUDGE —

My name is Douglas Clay and I'm writing this note in behalf of William Lusk.

Two years ago I was going through difficult times. I had problem within myself and and my family. I turn to violence and drugs and I was closely deciding to end my life.

William would call and write me. Through his own experience that he express to me I slowly was pulled out of my depression state.

William would tell me that the route that I was traveling wasn't the way to go and that he didn't want to see me in jail or worst dead. I took his advise and ran with it.

Now, today, my life is better. I now enrolled in college studing communication. I thank William for his comfort and understanding. I just hope that you can find in your heart to see the same thing and give him another chance.

— Douglas Clay

10.16.07

Dear Honorable Judge,

I'm writing in behalf of my dear friend, William Teal III. He has been a friend of mine for over twelve years. Even during his incarceration he continue being a devote friend to my family and I.

Over the years I have notice a complete progress in the personal growth within William himself and his views on his life and others.

After his his release last year, William was focus and determine to make the best for himself and the people to whom he loved by starting all over. Within two weeks of his release, he pertain two jobs to which he had worked. While he was employed, he conjured up enough time to take a class for maintenance in safety in Martinez. He completed this course and retained his BATC (Bay Area Training Corp.) certification card.

William was able to do all of these things because he had a plan as well as determine to make up for all those years he wasted being put away. He knew that he had to prove to himself as well as others that he too had something to contribute to our community.

William understands that to be able to succeed and move forward he had to leave the old life alone so he'd surrounds himself with uplifting educated positive people that helped him whenever the help is needed. I, for myself, do not

mind giving good advice and helping out because I, impressively, see the change and the willingness that he projects towards himself and others. I only help those that help themselves. I think that I can speak for others, too.

William explained to me that he was trying to completely leave the Bay Area, because of the past history he endured and the constant threats he was receiving on his phone voicemail. Including hearsay, I'm witness to one of the voicemails that I heard prior to his arrest. I and a few other good friends of his were to help him find a place to stay once he employed himself with a job that was waiting for him once he'd receive his BATC. to which he has.

Please don't let this one mistake take away from what he has already started. And that is his life. We, as friends and love ones, want the best for him. We, including William, are eager to making his effort a success.

Thank you for taking out the time to review another side of our dear friend Mr. William Loh III.

With Kindness
Dawn Correa