# EXHIBIT B TO
# UNITED STATES'
# SENTENCING MEMORANDUM

# US District Court Criminal Docket

U.S. District - California Northern

(Oakland)

## 4:97cr40048

## USA v. Lusk

This case was retrieved from the court on Wednesday, November 07, 2007

Date Filed: 03/27/1997
Other Magistrate judge case number: 97-mj-
Docket: 00004

Class Code: CLOSED, E-FILING, ICMS, REFDIS, RELATE
Closed: yes

### Defendants

| Name | Attorneys |
|---|---|
| William Lusk(1)<br>[Term: 06/02/1998] | Jerome Emory Matthews<br>[COR LD NTC]<br>Office of the Federal Public Defender<br>555 - 12th Street Suite 650<br>Oakland, CA 94607-3500<br>USA<br>510-637-3500 Fax: 510-637-3507<br><br>Robert D. Byers<br>[COR LD NTC]<br>[Term: 06/02/1998]<br>Byers & Warrick<br>1999 Harrison St., Ste. 2010<br>Oakland, CA 94612<br>USA<br>510-465-4000 Fax: 510-663-1840 |

### Charges

| | Charges | Disposition |
|---|---|---|
| Complaints: | 21:841(a)(1); 18:924(c)(1); 18:922(g)(1): possession of cocaine powder and cocaine base with intent to distribute; use of firearm in relation to drug trafficking crimes; felon in possession of firearm [4:97-m-4] | |
| Pending: | 18:922(g)(1): Felon in possession of firearms and ammunition (1) | committed to custody of BOP for a term of 77 months on Count 1 and 60 months on Count 4 to run consecutively; 3 years supervised release; $200 special assessment; $7,500 fine |
| | 21:841(a)(1): Possession with intent to distribute cocaine (2) | dismissed on government's motion |
| | 21:841(a)(1): Possession with intent to distribute cocaine (3) | dismissed on government's motion |
| | 18:924(c)(1): Carrying firearm during a drug trafficking crime (4) | committed to custody of BOP for a term of 77 months on Count 1 and 60 months on Count 4 to run consecutively; 3 |

Ex. B

**Offense Level (Opening):** 4

years supervised release; $200 special assessment; $7,500 fine

**Terminated:** none

**Case Assigned to:** Hon. Saundra Brown Armstrong
**Case Referred to:** Magistrate Judge Wayne D. Brazil

## U. S. Attorneys

George L. Bevan, Jr.
[COR LD NTC]
United States Attorney's Office Oakland
1301 Clay Street, Suite 340S
Oakland, CA 94612
USA
510-637-3689 Fax: 510-637-3679

| Date | # | Proceeding Text |
|---|---|---|
| 01/06/1997 | 1 | COMPLAINT William Lusk (1) count(s) cmp Mag. Judge Wayne D. Brazil [4:97-m-4] (kc, COURT STAFF) (Entered: 01/06/1997) |
| 01/06/1997 | 2 | MINUTES: before Mag. Judge Wayne D. Brazil; issuing warrant for defendant William Lusk; (Tape No.: not recorded) [4:97-m-4] (kc, COURT STAFF) (Entered: 01/07/1997) |
| 01/06/1997 | -- | Bench Warrant issued for William Lusk by Mag. Judge Wayne D. Brazil Bail Set: NO BAIL [4:97-m-4] (kc, COURT STAFF) (Entered: 01/07/1997) |
| 03/17/1997 | 3 | MINUTES: before Mag. Judge Wayne D. Brazil; first appearance of William Lusk, Attorney present; I.D. of counsel and setting of detention hearing set for 9:15 on 3/18/97 for William Lusk;, remanding deft. to custody; (Tape No.: 97-25) [4:97-m-4] (kc, COURT STAFF) (Entered: 03/19/1997) |
| 03/18/1997 | 4 | MINUTES: before Mag. Judge Wayne D. Brazil; I.D. of counsel held; Attorney for William Lusk is Robert D. Byers; detention/status hearing set for 9:15 on 3/21/97 for William Lusk; remanding deft. to custody; (Tape No.: 97-25) [4:97-m-4] (kc, COURT STAFF) (Entered: 03/19/1997) |
| 03/19/1997 | 5 | Bench Warrant returned executed as to William Lusk on 3/17/97 [4:97-m-4] (kc, COURT STAFF) (Entered: 03/20/1997) |
| 03/21/1997 | 6 | MINUTES: before Mag. Judge Wayne D. Brazil; status hearing re attorney appearance held; timing of detention hearing WAIVED; preliminary exam/arraignment set for 9:15 on 3/31/97 for William Lusk; remanding deft. to custody; (Tape No.: 97-28) [4:97-m-4] (kc, COURT STAFF) (Entered: 03/24/1997) |
| 03/27/1997 | 7 | INDICTMENT by AUSA George L. Bevan Jr.. Counts filed against William Lusk (1) count(s) 1, 2-3, 4 (kc, COURT STAFF) (Entered: 03/28/1997) |
| 03/31/1997 | 8 | MINUTES: before Mag. Judge Wayne D. Brazil; dft William Lusk arraigned; NOT GUILTY plea entered; Attorney present; preliminary exam held; Trial setting hearing will be held at 9:30 on 4/1/97 for William Lusk before Judge Saundra B. Armstrong; remanding deft. to custody; (Tape No.: 97-29) (kc, COURT STAFF) (Entered: 04/02/1997) |
| 04/01/1997 | 9 | MINUTES: before Judge Saundra B. Armstrong; Trial setting hearing continued to 4/29/97 at 9:30 for William Lusk; hearing on deft's motion to suppress set for 4/29/97 at 9:30 for William Lusk; motion to be filed by 4/15/97, opposition due 4/22/97; (C/R: Rosita Flores) (kc, COURT STAFF) (Entered: 04/03/1997) |
| 04/16/1997 | 10 | Notice of motion and MOTION before Judge Saundra B. Armstrong to suppress evidence by defendant William Lusk (kc, COURT STAFF) (Entered: 04/17/1997) |
| 04/16/1997 | 11 | MEMORANDUM by defendant William Lusk in support of motion to suppress evidence by defendant William Lusk [10-1] (kc, COURT STAFF) (Entered: 04/17/1997) |
| 04/16/1997 | 12 | EXHIBITS in support of motion to suppress evidence by defendant William Lusk [10-1] (kc, COURT STAFF) (Entered: 04/17/1997) |
| 04/16/1997 | 13 | PROOF OF SERVICE by defendant William Lusk of exhibits [12-1], memorandum [11-1], motion to suppress evidence by defendant William Lusk [10-1] (kc, COURT STAFF) (Entered: 04/17/1997) |
| 04/22/1997 | 14 | OPPOSITION by Plaintiff USA to motion to suppress evidence by defendant William Lusk [10-1] (kc, COURT STAFF) (Entered: 04/23/1997) |
| 04/22/1997 | 15 | DECLARATION by George Bevan Jr. in support of opposition [14-1] (kc, COURT STAFF) (Entered: 04/23/1997) |
| 04/29/1997 | 16 | MINUTES: before Judge Saundra B. Armstrong; Trial setting/motion hearing not held; evidentiary hearing will |

| | | |
|---|---|---|
| | | be held at 9:00 on 5/7/97 for William Lusk; (C/R: Carol Karen) (kc, COURT STAFF) (Entered: 05/01/1997) |
| 05/07/1997 | 17 | MINUTES: before Judge Saundra B. Armstrong; evidentiary hearing held; exhibit and witness list; (C/R: Carol Karen) (kc, COURT STAFF) (Entered: 05/08/1997) |
| 05/15/1997 | 18 | REPORTER'S TRANSCRIPT; Date of proceedings: 5/7/97 (C/R: Carol Karen) minutes [17-2] as to defendant William Lusk (kc, COURT STAFF) (Entered: 05/16/1997) |
| 05/21/1997 | 19 | OPENING SUPPLEMENTAL BRIEF in support FILED by defendant William Lusk regarding motion to suppress evidence by defendant William Lusk [10-1] (oh, COURT STAFF) (Entered: 05/22/1997) |
| 05/27/1997 | 20 | APPLICATION before Judge Saundra B. Armstrong for leave to file brief in excess of ten pages by USA as to William Lusk (kc, COURT STAFF) (Entered: 05/29/1997) |
| 05/27/1997 | 21 | SUPPLEMENTAL MEMORANDUM by Plaintiff USA in opposition to motion to suppress evidence by defendant William Lusk [10-1] (kc, COURT STAFF) (Entered: 05/29/1997) |
| 05/30/1997 | 22 | Responsive Supplemental BRIEF by defendant William Lusk in support of motion to suppress evidence by defendant William Lusk [10-1] (scu, COURT STAFF) (Entered: 06/03/1997) |
| 07/28/1997 | 23 | ORDER by Judge Saundra B. Armstrong for deft. to file a brief, no later than 8/5/97, which supports the proposition that deft's Miranda rights were violated as to defendant William Lusk (kc, COURT STAFF) (Entered: 07/29/1997) |
| 07/28/1997 | 24 | MOTION before Judge Saundra B. Armstrong in limine barring the defense from making any reference to punishment to the jury by USA as to William Lusk (kc, COURT STAFF) (Entered: 07/29/1997) |
| 07/28/1997 | 25 | MOTION before Judge Saundra B. Armstrong for the exclusion of witnessess by USA as to William Lusk (kc, COURT STAFF) (Entered: 07/29/1997) |
| 08/05/1997 | 26 | SUPPLEMENTAL BRIEF by defendant William Lusk in support of motion to suppress evidence by defendant William Lusk [10-1] (kc, COURT STAFF) (Entered: 08/06/1997) |
| 12/15/1997 | 27 | ORDER by Judge Saundra B. Armstrong denying motion to suppress evidence by defendant William Lusk as to evidence seized during the search of his vehicle and granting as to post-arrest statements concerning his parole status [10-1] as to defendant William Lusk (kk, COURT STAFF) (Entered: 12/17/1997) |
| 12/15/1997 | -- | Docket Modification (Administrative) to order [27-1] Trial setting hearing will be held at 9:30 1/13/98 for William Lusk; status hearing will be held at 9:30 1/13/98 for William Lusk (kk, COURT STAFF) (Entered: 12/17/1997) |
| 01/13/1998 | 28 | MINUTES: filed on 1/13/98 before Judge Saundra B. Armstrong; William Lusk enters guilty plea; William Lusk (1) count(s) 1, 2, 4, sentencing hearing will be held at 9:30 3/31/98 for William Lusk; (C/R: Candace Yount) (kk, COURT STAFF) (Entered: 01/14/1998) |
| 01/13/1998 | 29 | Application and ORDER by Judge Saundra B. Armstrong William Lusk enters guilty counts 1,2,4 plea; (kk, COURT STAFF) (Entered: 01/14/1998) |
| 01/13/1998 | 30 | PLEA Agreement as to William Lusk (kk, COURT STAFF) (Entered: 01/14/1998) |
| 01/13/1998 | 31 | CLERK'S NOTICE for pre-sentence investigation as to defendant William Lusk (kk, COURT STAFF) (Entered: 01/14/1998) |
| 01/14/1998 | -- | REFERRAL: referring case to Mag. Judge Wayne D. Brazil (judi, COURT STAFF) (Entered: 01/14/1998) |
| 01/21/1998 | 32 | MINUTES: before Mag. Judge Wayne D. Brazil; detention hearing not held as to defendant William Lusk; counsel to contact Court with new date; remanding deft. to custody; (Tape No.: 98-2) (kc, COURT STAFF) (Entered: 01/22/1998) |
| 02/03/1998 | 33 | MINUTES: before Mag. Judge Wayne D. Brazil; detention hearing held; sentencing hearing will be held at 9:30 on 3/31/98 for William Lusk before Judge Saundra B. Armstrong; remanding deft. to custody; (Tape No.: 98-6) (kc, COURT STAFF) (Entered: 02/04/1998) |
| 02/03/1998 | 34 | MEMORANDUM by defendant William Lusk in support of motion for release pending sentencing (kc, COURT STAFF) (Entered: 02/04/1998) |
| 02/03/1998 | 35 | EXHIBITS in support of release pending sentencing [34-1] (kc, COURT STAFF) (Entered: 02/04/1998) |
| 03/31/1998 | 36 | STIPULATION and ORDER by Judge Saundra B. Armstrong sentencing hearing will be held at 9:30 4/21/98 for William Lusk; before Judge Saundra B. Armstrong as to defendant William Lusk (kk, COURT STAFF) (Entered: 04/02/1998) |
| 04/21/1998 | 37 | MINUTES: filed on 4/21/98 before Judge Saundra B. Armstrong Dft requested to withdraw plea of guilty to cnt 2-granted; Judgment & sentencing hearing continued to 9:30 a.m. on 6/2/98 for William Lusk; before Judge Saundra B. Armstrong (C/R: Melody Celestino-Cretin) (mmr, COURT STAFF) (Entered: 04/22/1998) |
| 04/21/1998 | 38 | Amended PLEA Agreement as to William Lusk (mmr, COURT STAFF) (Entered: 04/22/1998) |
| 05/28/1998 | 39 | SENTENCING memorandum filed by USA as to defendant William Lusk (kc, COURT STAFF) (Entered: |

| | | |
|---|---|---|
| | | 05/29/1998) |
| 06/02/1998 | 40 | MINUTES: before Judge Saundra B. Armstrong; sentencing William Lusk (1) count(s) 1, 4, committed to custody of BOP for a term of 77 months on Count 1 and 60 months on Count 4 to run consecutively; 3 years supervised release; $200 special assessment; $7,500 fine; terminating case; counts William Lusk (1) count(s) 2, 3, dismissed on government's motion; (C/R: Candace Yount) (kc, COURT STAFF) (Entered: 06/04/1998) |
| 06/03/1998 | 41 | JUDGMENT and Commitment issued as to William Lusk by Judge Saundra B. Armstrong (cc: all counsel) (Date Entered: 6/5/98) (kc, COURT STAFF) (Entered: 06/05/1998) |
| 10/20/1998 | 42 | LETTER dated 10/15/98 from William Lusk requesting sentencing transcript (kc, COURT STAFF) (Entered: 10/23/1998) |
| 08/17/1999 | 43 | Payment Record Card: Payment of special assessment in the amount of $200 on behalf of defendant William Lusk (kc, COURT STAFF) (Entered: 08/19/1999) |
| 12/21/1999 | 44 | MOTION before Judge Saundra B. Armstrong to defer payment of fine by defendant William Lusk (kc, COURT STAFF) (Entered: 12/22/1999) |
| 01/21/2000 | 45 | ORDER by Judge Saundra B. Armstrong GRANTING IN PART and DENYING IN PART motion to defer payment of fine by defendant William Lusk [44-1]; defendant to pay $25 per month on the fine through the Inmate Financial Responsiblity Program (kc, COURT STAFF) (Entered: 01/24/2000) |
| 05/12/2000 | 46 | ORDER by Judge Saundra B. Armstrong DENYING request to defer payment of fine or set monthly obligations at $25 per month as to defendant William Lusk (kc, COURT STAFF) (Entered: 05/15/2000) |
| 06/16/2000 | 47 | NOTICE OF APPEAL by defendant William Lusk from Dist. Court decision order [46-2]; Fee status billed (kc, COURT STAFF) (Entered: 06/16/2000) |
| 06/16/2000 | -- | Mailed request for payment of docket fee to appellant as to defendant William Lusk (cc to USCA) (kc, COURT STAFF) (Entered: 06/16/2000) |
| 06/16/2000 | -- | Docket fee notification form and case information sheet to USCA [47-1] as to defendant William Lusk (kc, COURT STAFF) (Entered: 06/16/2000) |
| 06/16/2000 | 48 | Order for time schedule as to William Lusk (kc, COURT STAFF) (Entered: 06/16/2000) |
| 06/16/2000 | -- | Copy of notice of appeal and docket sheet to all counsel as to defendant William Lusk (kc, COURT STAFF) (Entered: 06/16/2000) |
| 06/27/2000 | -- | RECEIVED fee in amount of $105.00 (Receipt # 401903), appeal [47-1] (kc, COURT STAFF) (Entered: 06/29/2000) |
| 06/29/2000 | -- | Amended docket fee payment notification mailed to USCA as to defendant William Lusk (kc, COURT STAFF) (Entered: 06/29/2000) |
| 01/23/2001 | 49 | NOTICE by Judge Saundra B. Armstrong that defendant may file a motion with this Court requesting an extension of time to file a notice of appeal no later than 30 days after the date of this notice as to defendant William Lusk (kc, COURT STAFF) Modified on 01/26/2001 (Entered: 01/26/2001) |
| 02/02/2001 | 50 | MAIL [49-2] addressed to defendant William Lusk returned from Post Office (kc, COURT STAFF) (Entered: 02/06/2001) |
| 02/05/2001 | 51 | Copy of USCA ORDER remanding case to the District Court for the limited purpose of permitting the defendant an opportunity to request an extension of time to file the notice of appeal as to defendant William Lusk (kc, COURT STAFF) (Entered: 02/06/2001) |
| 03/05/2001 | 52 | ORDER by Judge Saundra B. Armstrong that the time for filing a notice of appeal will not be extended under Fed.R.App.P.4(b)(4) as to defendant William Lusk (kc, COURT STAFF) (Entered: 03/06/2001) |
| 04/11/2001 | 53 | CERTIFIED COPY of USCA Order: dismissing the appeal for failure to prosecute [47-1] as to defendant William Lusk (kc, COURT STAFF) (Entered: 04/12/2001) |
| 04/12/2001 | 54 | CLERK's letter spreading the mandate to counsel re appeal [47-1] as to defendant William Lusk (kc, COURT STAFF) (Entered: 04/12/2001) |
| 05/14/2001 | 55 | MAIL [54-1] addressed to defendant William Lusk returned from Post Office (kc, COURT STAFF) (Entered: 05/15/2001) |
| 11/19/2001 | 56 | MOTION before Judge Saundra B. Armstrong by defendant William Lusk to modify term of imprisonment (kc, COURT STAFF) (Entered: 11/20/2001) |
| 11/28/2001 | 57 | ORDER setting briefing schedule by Judge Saundra B. Armstrong government shall file response to motion to modify term of imprisonment by 12/21/01; defendant may reply no later than 1/19/01, after which the motion will be deemed under submission as to defendant William Lusk (kc, COURT STAFF) (Entered: 11/29/2001) |
| 12/21/2001 | 58 | OPPOSITION by Plaintiff USA to motion to modify term of imprisonment by defendant William Lusk [56-1] (kc, COURT STAFF) (Entered: 12/26/2001) |

| Date | No. | Description |
|---|---|---|
| 01/28/2002 | 59 | MOTION before Judge Saundra B. Armstrong by defendant William Lusk to withdraw motion under 18:3582 (kc, COURT STAFF) (Entered: 01/29/2002) |
| 04/12/2007 | 60 | Probation form 12 by JaDee Voss as to William Lusk for warrant to be issued. Signed by Judge Saundra Brown Armstrong on 4/10/07. (kc, COURT STAFF) (Filed on 4/12/2007) (Entered: 04/13/2007) |
| 04/13/2007 | -- | NO BAIL Arrest Warrant Issued as to William Lusk. (kc, COURT STAFF) (Filed on 4/13/2007) (Entered: 04/13/2007) |
| 04/23/2007 | 61 | Minute Entry for proceedings held before Judge Wayne D. Brazil: Initial Appearance on Supervised Release Violation as to William Lusk held on 4/23/2007. Attorney Appointment Hearing, Status Hearing re Detention and Setting for Supervised Release Violation Hearing set for 4/30/2007 at 10:00 AM before Magistrate Judge Wayne D. Brazil. Remanding defendant to custody. (Tape #FTR 4/23/07 10:42:09.) (kc, COURT STAFF) (Filed on 4/23/2007) (Entered: 04/24/2007) |
| 04/30/2007 | 62 | Minute Entry for proceedings held before Judge Wayne D. Brazil: Status Hearing as to William Lusk held on 4/30/2007. Attorney Appointment Hearing as to William Lusk held on 4/30/2007, CJA23 Submitted, Added attorney Jerome E. Matthews for William Lusk. Timing of detention hearing WAIVED. Defendant ordered DETAINED. Status or Setting for Supervised Release Violation Hearing set for 5/15/2007 at 09:00 AM before Hon. Saundra Brown Armstrong. Remanding defendant to custody. (Tape #FTR 4/30/07 10:12:40.) (kc, COURT STAFF) (Filed on 4/30/2007) (Entered: 05/01/2007) |
| 05/24/2007 | 63 | NO BAIL Warrant Returned Executed on 4/14/07 as to William Lusk. (kc, COURT STAFF) (Filed on 5/24/2007) (Entered: 05/25/2007) |
| 06/05/2007 | 64 | Minute Entry for proceedings held before Judge Saundra Brown Armstrong: Status Hearing re Supervised Release Revocation as to William Lusk held on 6/5/2007. Further Status Hearing re Supervised Release Revocation set for 7/10/2007 at 09:00 AM before Hon. Saundra Brown Armstrong. (Court Reporter Starr Wilson.) (kc, COURT STAFF) (Filed on 6/5/2007) Modified on 6/13/2007 (kc, COURT STAFF). (Entered: 06/12/2007) |
| 07/02/2007 | 65 | CLERKS NOTICE Continuance of Hearing Status RE: SUPERVISED RELEASE REVOCATION set for 7/31/2007 09:00 AM. (lrc, COURT STAFF) (Filed on 7/2/2007) (Entered: 07/02/2007) |
| 07/02/2007 | 66 | ORDER including case in the Electronic Case File Program as to William Lusk. Signed by Judge Saundra Brown Armstrong on 7/2/07. (kc, COURT STAFF) (Filed on 7/2/2007) (Entered: 07/03/2007) |
| 07/02/2007 | -- | CASE DESIGNATED for Electronic Filing. (Entered: 07/03/2007) |
| 07/31/2007 | 67 | Minute Entry for proceedings held before Judge Saundra Brown Armstrong :Status Conference as to William Lusk held on 7/31/2007 Status Conference set for 9/4/2007 09:00 AM. (Court Reporter DIANE SKILLMAN.) (lrc, COURT STAFF) (Filed on 7/31/2007) (Entered: 07/31/2007) |
| 09/04/2007 | 68 | Minute Entry for proceedings held before Judge Saundra Brown Armstrong :Status Conference as to William Lusk held on 9/4/2007 Status Conference set for 10/2/2007 09:00 AM. (Court Reporter RAYNEE MERCADO.) (lrc, COURT STAFF) (Filed on 9/4/2007) (Entered: 09/05/2007) |
| 09/06/2007 | 70 | ORDER RELATING CASE CR-07-00374-MJJ, however reassignment of case to Judge Saundra Brown Armstrong is not warranted. Signed by Judge Saundra Brown Armstrong on 9/5/07. (kc, COURT STAFF) (Filed on 9/6/2007) (Entered: 09/07/2007) |
| 09/07/2007 | 69 | ORDER RELATING CASE.. Signed by Judge Saundra Brown Armstrong on 9/6/07. (lrc, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |
| 10/02/2007 | 71 | Minute Entry for proceedings held before Judge Saundra Brown Armstrong :Status Conference as to William Lusk held on 10/2/2007 Final Hearing re Revocation of Supervised Release set for 10/23/2007 10:00 AM before Hon. Saundra Brown Armstrong. (Court Reporter STARR WILSON.) (lrc, COURT STAFF) (Filed on 10/2/2007) (Entered: 10/02/2007) |
| 10/17/2007 | 72 | MEMORANDUM of Disposition by William Lusk (Matthews, Jerome) (Filed on 10/17/2007) (Entered: 10/17/2007) |
| 10/22/2007 | 73 | STIPULATION and [Proposed] Order Continuing Disposition Hearing Date by William Lusk (Matthews, Jerome) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/23/2007 | 74 | ORDER CANCELLING DEADLINE as to William Lusk. Final Hearing re Revocation of Supervised Release set for 11/27/2007 10:00 AM before Hon. Saundra Brown Armstrong.. Signed by Judge Saundra Brown Armstrong on 10/22/07. (lrc, COURT STAFF) (Filed on 10/23/2007) (Entered: 10/23/2007) |

Copyright © 2007 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***