UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

MARTIN JENKINS
United States District Judge

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date:   November 9, 2007

Case No.   CR 07-0374 MJJ

Case Title:   USA v.  WILLIAM LUSK (CUSTODY) PRESENT

Attorneys:
    For the Government:   George Bevan

    For the Defendant(s):   Jerome Matthews

Deputy Clerk:  **Cora Klein**          Reporter: Starr Wilson
                                       USPO: Connie Cook

## PROCEEDINGS

1) Judgment and Sentencing

## ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that defendant William Lusk is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 46 months, 3 years supervised release, shall comply with the standard conditions and additional conditions the court have adopted, pay a special assessment of $100, which is due immediately, no fine.
The court recommends that the defendant be placed in a facility in FCI-Florence .

time: 30 minutes